IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>FREDERICK MACKIE,<br>    Defendant._____/ | No. CR 16-120 CRB<br>**ORDER DENYING MOTION TO SUPPRESS AND GRANTING MOTION TO QUASH** |

Defendant Mackie has moved to suppress evidence recovered from his person during a disputed police stop. See Motion (dkt. 14). The stop was carried out after a woman told officers patrolling the Tenderloin area of San Francisco that Mackie had a gun. Id. A related motion to quash subpoenaed materials is also before the Court. See Quash Motion (dkt. 34).

Regarding the motion to quash, the San Francisco Police Department turned over a number of police bulletins responsive to the subpoena before the July 25, 2016 hearing on the motion to suppress. The Court has subsequently reviewed additional materials submitted by the department in camera. After considering the parties' arguments, the relevant authorities, and the documents themselves, the Court concludes that the documents the department moves to quash do not contain relevant material beyond that contained in the bulletins already produced to the defense. See United States v. Nixon, 418 U.S. 683, 699–700 (1974). The Court thus GRANTS the motion to quash.

Turning to the motion to suppress, the Court concludes that Mackie's arguments fail for the reasons stated at the July 25, 2016 hearing on this matter.  The in-person tip here carried sufficient indicia of reliability under Ninth Circuit case law to justify the disputed stop.  See United States v. Sierra-Hernandez, 581 F.2d 760 (9th Cir. 1978); United States v. Palos-Marquez, 591 F.3d 1272 (9th Cir. 2010).  The Court thus DENIES the motion.

**IT SO ORDERED.**

Dated: July 25, 2016

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE