BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JEROME MAYER-CANTÚ (CABN 291623)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7168
Email: jerome.mayer-cantu@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 16-00120 CRB |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION TO CONTINUE MOTION<br>) DEADLINES AND ORDER |
| FREDERICK MACKIE, | ) |
| Defendant. | ) |

**STIPULATION TO CONTINUE BRIEFING DEADLINES**

The parties hereby stipulate that the briefing deadlines associated with the defendant's post-trial motions should be rescheduled. By way of background: a jury found the defendant guilty of violating 18 U.S.C. § 922(g)(1) on October 26, 2016. Two weeks later, on November 9, 2016, the defendant filed two motions: a motion for a new trial under Federal Rule of Criminal Procedure 33 (*see* Dkt. No. 65) and a motion to dismiss for lack of jurisdiction under Federal Rule of Criminal Procedure 34 (*see* Dkt. No. 66). In the motions, defense counsel noted that the trial transcript was still in the process of being prepared, and that "[a]fter receipt of the transcript, defense counsel will consult with the government to fashion a proposed joint briefing schedule for presentation to the Court." Dkt. No. 65 at 1. The government's opposition is currently due on November 23, 2016. The government now wishes for an additional week to file its opposition, specifically, until **November 30, 2016**. Counsel for the government has conferred with defense counsel, who does not oppose this request.

IT IS SO STIPULATED.

Dated: November 22, 2016.

Respectfully submitted,

*Peter Goodman*
PETER GOODMAN
Attorney for Frederick Mackie

*Jerome Mayer-Cantú*
JEROME MAYER-CANTÚ
Assistant United States Attorney

IT IS SO ORDERED.

Dated: November 23, 2016.

_____
HON. CHARLES R. BREYER
United States District Judge

1