PETER GOODMAN
Attorney at Law
State Bar No. 65975
819 Eddy Street
San Francisco, California  94109
Telephone: (415) 781-8866
Facsimile: (415) 781-2266
E-Mail: goodmanlawoffice@att.net

Attorney for Defendant
FREDERICK MACKIE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FREDERICK MACKIE,<br><br>    Defendant.<br>_____ | CR-16-0120 CRB<br><br>**STIPULATION  SETTING BRIEFING SCHEDULE AND HEARING DATE ON DEFENSE POST-TRIAL MOTIONS AND ORDER** |

The United States of America, by its attorneys, Brian J. Stretch, United States Attorney for the Northern District of California, and Assistant United States Attorney ("AUSA") Jerome Mayer-Cantu, and defendant FREDERICK MACKIE, by his attorney, Peter Goodman, hereby stipulate and agree as follows:

1.     On November 9, 2016, defendant MACKIE filed two post-trial motions, one seeking a new trial pursuant to Rule 33 of the Federal Rules of Criminal Procedure ("FRCrP") and the other seeking to arrest the judgment and dismiss this matter pursuant to FRCrP 34.  (Documents 65, 66.)   In those motions, defense counsel stated that after receiving the trial transcript, he would consult with the government to fashion a proposed joint briefing schedule for the motions to present to this Court.  (*Id.,* at 1.)

2. On November 23, 2016, the parties stipulated that the briefing deadlines associated with the defendant's post-trial motions should be rescheduled. (Document 69.) Pursuant to that stipulation, the government requested an additional week to file its opposition, which would then be due November 30, 2016, and defense counsel did not oppose that request.

3. On December 1, 2016, those portions of the trial transcript that defense counsel sought to have transcribed were filed with the Court. Defense counsel has consulted with the government and requests that the following briefing schedule and hearing date be set for the two post-trial defense motions: 1) the defense will file its opening brief(s) on December 23, 2016; 2) the government will file its opposition(s) on January 6, 2017; 3) the defense shall file its reply brief(s) on January 11, 2017; and 4) the hearing date shall be set for January 18, 2017, at 10:00 a.m., when the defendant is scheduled to be sentenced. The government has reviewed and does not oppose the defense requests.

DATED: December 6, 2016

        BRIAN J. STRETCH
        Acting United States Attorney

By:       /s/
        JEROME MAYER-CANTU
        Assistant United States Attorney

SO STIPULATED

DATED: December 6, 2016

        /s/
        PETER GOODMAN
        Attorney for Defendant
        FREDERICK MACKIE

///
///

**ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE FOR DEFENSE MOTION FOR NEW TRIAL UNDER FRCrP 33 AND MOTION TO DISMISS UNDER FRCrP 34**

Based on the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the briefing schedule and the hearing date for the defense Motion for a New Trial Under FRCrP 33 and the defense Motion to Dismiss under FRCrP 34 shall be set as follows: 1) the defense will file any opening briefs on December 23, 2016; 2) the government will file any oppositions on January 6, 2017;   3) the defense will file any reply briefs on January 11, 2017; and 4) the motions will be heard by this Court on January 18, 2017, at 10:00 a.m.

DATED: 12/12/2016

_____
CHARLES R. BRYER
UNITED STATES DISTRICT COURT JUDGE