PETER GOODMAN
Attorney at Law
State Bar No. 65975
819 Eddy Street
San Francisco, California  94109
Telephone: (415) 781-8866
Facsimile: (415) 781-2266
E-Mail: goodmanlawoffice@att.net

Attorney for Defendant
FREDERICK MACKIE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>FREDERICK MACKIE,<br><br>  Defendant.<br>_____ | CR-16-0120 CRB<br><br>**STIPULATION AND ORDER RE ADDING CASE TO CALENDAR FOR FURTHER STATUS CONFERENCE** |

The United States of America, by its attorneys, Brian J. Stretch, United States Attorney for the Northern District of California, and Assistant United States Attorney ("AUSA") Hallie Hoffman, and defendant FREDERICK MACKIE, by his attorney, Peter Goodman, hereby submit this Stipulation and [Proposed] Order requesting that the defendant's case be added to the Court's calendar on Wednesday, January 4, 2017, at 10:00 a.m. for a further status conference.

The request is being made by defense counsel after the defendant declined to meet with counsel and with United States Probation Officer ("USPO") Aakah Raju on December 5, 2016, for his presentence interview, a declination that is noted in ¶ 48 of the draft Presentence Investigation Report prepared by USPO Raju.   AUSA Hoffman

1  has no opposition to the request defense counsel is making to have the case added to
2  calendar.
3  DATED:   December 21, 2016
4                              BRIAN J. STRETCH
                                Acting United States Attorney
5
6                    By:         /s/
                                HALLIE HOFFMAN
7                               Assistant United States Attorney
8
9  SO STIPULATED
10 DATED:   December 21, 2016
11
12                               /s/
                                PETER GOODMAN
13                              Attorney for Defendant
                                FREDERICK MACKIE
14
15                   ORDER ADDING CASE TO CALENDAR
16      Based on the stipulation of the parties and good cause appearing, IT IS HEREBY
17 ORDERED that this case be added to the Court's calendar on January 4, 2017, at 10:00
18 a.m. for a further status conference.
19 DATED: 12/22/2016
20
21  _____
                        CHARLES R. BREYER
22                      UNITED STATES DISTRICT COURT JUDGE

-2-